■ In the Matter of TISHMAN CONSTRUCTION CORP. OF NEW YORK et al., Petitioners, v JANE SOLOMON et al., Respondents. [877 NYS2d 228]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion to dismiss granted and the proceeding dismissed, with costs and disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Friedman, McGuire and Moskowitz, JJ.